IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>EVAN DANIEL MARRA,<br><br>Defendant. | No. CR26-4037<br><br>**INDICTMENT**<br><br>Count 1<br>18 U.S.C. §§ 2252A(a)(2)(A) and 2252A(b)(1): Receipt of Child Pornography<br><br>Count 2<br>18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(b)(2): Possession of Child Pornography<br><br>Count 3<br>18 U.S.C. §§ 1466A(a)(1), (a)(2), (d)(1), and (d)(4): Production, Receipt, and Distribution of Obscene Visual Representations of the Sexual Abuse of Children |

The Grand Jury charges:

**Count 1**
**Receipt of Child Pornography**

Between in or about November 1, 2019 and May 14, 2026, in the Northern District of Iowa and elsewhere, the defendant, EVAN DANIEL MARRA, knowingly received and attempted to receive visual depictions of child pornography, as defined in Title 18, United States Code, Section 2256(8), using a means and facility of interstate and foreign commerce, and said visual depictions having been transported in and affecting interstate and foreign commerce.

This was in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and 2252A(b)(1).

**Count 2**
**Possession of Child Pornography**

Between in or about November 1, 2019 and May 14, 2026, in the Northern District of Iowa and elsewhere, the defendant, EVAN DANIEL MARRA, knowingly possessed and attempted to possess visual depictions of child pornography, as defined in Title 18, United States Code, Section 2256(8), including a depiction involving a prepubescent minor or a minor who had not attained 12 years of age, and said visual depictions having been transported in and affecting interstate and foreign commerce and using a means and facility of interstate and foreign commerce.

This was in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

**Count 3**
**Production, Receipt, and Distribution of Obscene Visual Representations of the Sexual Abuse of Children**

Between in or about November 1, 2019 and May 14, 2026, in the Northern District of Iowa and elsewhere, the defendant, EVAN DANIEL MARRA, knowingly produced, distributed, received, and possessed with intent to distribute, visual depictions of any kind that depicted minors engaging in sexually explicit conduct and were obscene, said visual depictions having been transported in interstate and foreign commerce, and said visual depictions having been produced using materials that had previously been shipped and transported in interstate and foreign

commerce.

This was in violation of Title 18, United States Code, Sections 1466A(a)(1), (a)(2), (d)(1), and (d)(4).

A TRUE BILL

[redacted] 6-18-26

Grand Jury Foreperson Date

LEIF OLSON
United States Attorney

By: 

KRAIG R. HAMIT
Assistant United States Attorney

PRESENTED IN OPEN COURT
BY THE
FOREMAN OF THE GRAND JURY

And filed 06·18·2026
PAUL DE YOUNG, CLERK