**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF IOWA**
**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>EVAN DANIEL MARRA,<br>Defendant. | No. 26-CR-4037-LTS-KEM<br>**ORDER OF DETENTION** |

At Defendant's initial appearance hearing, the United States orally moved to detain Defendant pending trial (Doc. 10). Doc. 9. Defendant waived a detention hearing orally on the record, and Defendant's waiver was made knowingly and voluntarily and with the understanding that Defendant will be detained. Doc. 9.

Based on Defendant's waiver, the court **GRANTS** the Government's oral motion for detention (Doc. 10) and orders Defendant be detained pending trial or further order of the court.[1]

**SO ORDERED** on July 16, 2026.

Kelly K.E. Mahoney
Chief Magistrate Judge
Northern District of Iowa

[1] Defendant is remanded to the custody of the Attorney General or to the Attorney General's designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant must be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility must deliver Defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding.