UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF IOWA

| UNITED STATES OF AMERICA<br>Plaintiff,<br>v.<br><br>EVAN DANIEL MARRA,<br>Defendant. | No. 26-CR-4037-LTS-KEM<br><br>**NOTICE OF INTENT TO PLEAD GUILTY** |
|---|---|

Defendant, through counsel, notifies the Court of her intent to enter a plea of guilty:

1. Defendant intends to change his plea from not guilty to guilty
2. There is a plea agreement in this case.
3. Defendant is incarcerated and located in the Sioux County, Iowa jail.
4. Defendant will consent to plead before the Magistrate Judge; the consent will be filed prior to or at the time of the hearing.
5. The notice of intent to plead deadline and plea deadline are not until early November and therefore no issues exist regarding scheduling.

By ______/s/ Jared R Weber_________________

Jared R. Weber, #23890
ICIS #: AT0009177
PO Box 412
Orange City, IA 51041
(712) 737-3887
(712) 737-3886-fax /
jared@weberlawiowa.com
ATTORNEY FOR DEFENDANT

Original filed by ECF
Copy to: AUSA

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on 9/25/26

By: ☐ U.S. Mail ☐FAX
☐ Hand Delivered X ECR
☐ Federal Express ☐ Other:

Signature /s/ jared weber___________