# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF IOWA
**WESTERN DIVISION**

UNITED STATES OF AMERICA,
Plaintiff,
vs.
EVAN DANIEL MARRA,
Defendant.

**HEARING MINUTES** Sealed: No

| | |
|---|---|
| Case No.: | 26-CR-4037-LTS-KEM |
| Presiding Judge: | Kelly K.E. Mahoney, Chief Magistrate Judge |
| Deputy Clerk: | jag |
| Official Court Record: | FTR Gold — Contract? -- |
| Contact Information: | -- |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Date: | 9/29/2026 | Start: | 11:31 a.m. | Adjourn: | 11:54 a.m. | Courtroom: | SC First Floor |
| Recesses: | | Time in Chambers: | | Telephonic? | No | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Appearances: | Plaintiff: | AUSA Kraig Hamit | | | | | |
| | Defendant: | Jared Weber (defendant appears personally) | | | | | |
| | U.S. Probation: | n/a | | | | | |
| | Interpreter: | | Language: | | Certified: | | Phone: |

| | | | | | |
|---|---|---|---|---|---|
| **TYPE OF PROCEEDING:** | **PLEA** | Contested? | No | Continued from a previous date? | No |

| | |
|---|---|
| Defendant pleaded GUILTY to Counts: | 2 and 3 of the Indictment |
| Defendant is | X Detained / Released |
| **Witness/Exhibit List is** | Government Exhibit 1 (Plea Agreement to be filed) Received. |

The offering party must, within 3 days after the hearing, file in electronic form any exhibit that was not filed with a motion, resistance, or other filing related to this hearing. Pub. Admin. Order 09-AO-03-P (5/29/09) ¶7.

**Miscellaneous:** Defendant placed under oath. Defendant competent, understands charges, there is a factual basis found, knows maximum punishment and jury trial rights. Plea is voluntary. Court finds defendant should be adjudged guilty based on his plea of guilty. USP to prepare a PSIR.